

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00512-CR

**EX PARTE** Steven **ROBLES**

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1302-W1
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order denying habeas corpus relief is AFFIRMED, and counsel's motion to withdraw is GRANTED.

SIGNED June 19, 2019.

_____
Rebeca C. Martinez, Justice